**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



ORDER

Appellate case name:      Damian Scott v. The State of Texas

Appellate case number:   01-15-00053-CR
                         01-15-00054-CR

Trial court case number: 1410122
                         1410123

Trial court:              174th District Court of Harris County

     Appellant's Motion to Extend Time to File Brief is **DENIED**.  Appellant's brief is due within 10 days of the date of this order.  No further extensions will be considered.

     It is so ORDERED.

Judge's signature: __/s/_ Harvey Brown
                X  Acting individually     ☐ Acting for the Court

Date:  June 4, 2015